FILED
SUPERIOR COURT
OF GUAM

2022 JAN 26 PM 4: 51

CLERK OF COURT

BY:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| PEOPLE OF GUAM, | **Criminal Case No. CF0225-19**<br>GPD Report No. 19-10537 |
| v. | |
| JARID JOSEPH T. PANGELINAN,<br>DOB: 08/22/1988 | **DECISION AND ORDER<br>DENYING DEFENDANT'S MOTION<br>FOR BILL OF PARITCULARS** |
| Defendant. | |

### INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III on January 14, 2022 for hearing on Defendant Jarid Joseph T. Pangelinan's ("Defendant's") Motion for Bill of Particulars ("Motion"). Assistant Attorney General Sean Brown represents the People, and Joaquin Arriola, Jr. represents Defendant. Having duly considered the parties' briefs, oral arguments, and the applicable law, the Court now issues the following Decision and Order and **DENIES** Defendant's Motion.

### BACKGROUND

On April 23, 2019, Defendant was indicted and charged with First Degree Criminal Sexual Conduct (as a 1st Degree Felony) and Second Degree Criminal Sexual Conduct (as a 1st Degree Felony) (*Two Counts*). See Indictment (Apr. 23, 2019).

All motions were due by December 4, 2020. See Trial Scheduling Order (Jul. 24, 2020).

On January 7, 2022, Defendant filed his Motion for Bill of Particulars. Defendant claims that much of the evidence read during the grand jury proceeding cannot be tied to specific dates, making it unclear which charges there is a basis towards. See Motion at 2 (Jan. 7, 2022). Defendant claims the indictment must be fleshed out with additional information, so as to notify him of the charges against him and provide him an opportunity to prepare his defense. Id. at 3.

Decision and Order Denying Defendant's Motion for Bill of Particulars
CF0225-19, *People of Guam v. Jarid Pangelinan*
Page 1 of 2

On January 11, 2022, the People filed their Opposition to Defendant's Motion ("Opposition"). The People argued the Indictment was as specific as it could be, and that it properly gave Defendant notice of the charges against him. See Opposition at 3-4 (Jan. 11, 2022).

On January 13, 2022, Defendant filed his Reply to People's Opposition ("Defendant's Reply"). Defendant once again asked for particularity on the time frame and facts supporting the charges against him, pointing out vagueness contained in the Magistrate's Complaint and Indictment. See Defendant's Reply at 2-3 (Jan. 13, 2022).

The Court held a hearing on January 14, 2022. However, the Court denied the Motion, determining it was filed outside the motion cut-off date.

## DISCUSSION

Courts will not hear a motion that has been filed beyond the Court's motion deadline, unless the moving party provides "good cause" as to why the motion was not timely. See *People of Guam v. Erty Yerten*, 2021 Guam 8, ¶ 8.

Defendant's Motion was untimely, being filed several months after the Court's motion deadline. Furthermore, Defendant failed to provide any reason why the motion was not timely or why relief from the automatic waiver should be granted.

## CONCLUSION

For the reasons stated above, the Court **DENIES** Defendant's Motion.

**IT IS SO ORDERED** this <u>Jan. 26, 2022</u> *nunc pro tunc* to Jan. 14, 2022.

_____
**HONORABLE ALBERTO C. LAMORENA, III**
**Presiding Judge, Superior Court of Guam**

Decision and Order Denying Defendant's Motion for Bill of Particulars
CF0225-19, *People of Guam v. Jarid Pangelinan*
Page 2 of 2